**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Jeffrey Michael Bodine<br>    Defendant. | Case No.: MJ 24-5378<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

FILED CLERK, U.S. DISTRICT COURT — SEP - 4 2024 — CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Northern District/Alabama</u> for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ~~ongoing~~ recent substance abuse, mental-health

1  issues, absconder status, prior failures to appear, minimal
2  ties to district

3

4       and/or

5  B.   (✓)  The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on: lengthy criminal history including weapons,
10      apparent ~~ongoing~~ recent substance abuse

11

12

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

16
17  Dated: Sept. 4, 2024                    /s/ Jean Rosenbluth
                                            JEAN ROSENBLUTH
18                                          U.S. MAGISTRATE JUDGE

2